**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

KAWIN REESE                                                                            PLAINTIFF

VS.                                                                       CAUSE NO:1:06CV126

MONROE COUNTY SHERIFF'S DEPARTMENT, et al.            DEFENDANTS

**ORDER GRANTING SUMMARY JUDGMENT AS TO MONROE COUNTY,
MISSISSIPPI, DEPUTY CHRISTOPHER DALE GRAY, AND DEPUTY RONALD
WEST AND QUALIFIED IMMUNITY AS TO DEPUTIES GRAY AND WEST**

Pursuant to an opinion issued this day, it is hereby ORDERED that

1) The Motion for Summary Judgment [55] filed by the Defendants Monroe County, Christopher Dale Gray, and Ronald West is **GRANTED**.

2) The Motion for Qualified Immunity of Defendant Christopher Dale Gray [56] is **GRANTED**.

3) The Motion for Qualified Immunity of Defendant Ronald West [57] is **GRANTED**.

4) Thus, Monroe County, Mississippi, Deputy Christopher Dale Gray, and Deputy Ronald West shall be **TERMINATED** in the above cause number.

**SO ORDERED**, this the 27th day of March 2008.

                                                                     **/s/ Sharion Aycock**_____
                                                                     U.S. DISTRICT COURT JUDGE