# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

KAWIN REESE                                                            PLAINTIFF

VS.                                                      CAUSE NO:1:06CV126

MONROE COUNTY SHERIFF'S DEPARTMENT, et al.              DEFENDANTS

## ORDER ON SUMMARY JUDGMENT

Pursuant to a memorandum opinion issued forth this day:

(1) As to Defendants Randy Perkins and Chris Rieves, the Court **GRANTS** Motion for Summary Judgment and for Qualified Immunity brought forth *sua sponte*.

(2) Thus, the case is **DISMISSED**, and further the clerk shall **CLOSE** this case and **TERMINATE** its trial date.

**SO ORDERED**, this the 10th day of April.

                                                     **/s/ Sharion Aycock**
                                                     **U.S. DISTRICT COURT JUDGE**