**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

KAWIN REESE,                                                                    Plaintiff


VERSUS                                            CIVIL ACTION NO.: 1:06CV126-SA-JAD


CHRISTOPHER DALE GRAY, RONALD WEST
and M.D.O.C. AGENTS RANDY PERKINS
and CHRISTOPHER RIEVES,                                                         Defendants

## AGREED ORDER AND JUDGMENT OF DISMISSAL WITH PREJUDICE

 Plaintiff Kawin Reese, and Defendants Christopher Dale Gray and Ronald West, by and

through Counsel, announced a final case resolution as to Defendants Christopher Dale Gray and

Ronald West. The Court, having been informed in the matter based on the agreement of the

Plaintiff Kawin Reese and Defendants Christopher DaleGray and Ronald West does hereby

dismiss with prejudice this cause as to Defendants Christopher Dale Gray and Ronald West.

 SO ORDERED, this the 17th day of June, 2010.

**/s/ Sharion Aycock    **
**UNITED STATES DISTRICT JUDGE**
