IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

KAWIN REESE                                                                                   PLAINTIFF

V.                                                                          CAUSE NO. 1:06CV126-SA-JAD

DEPUTIES CHRISTOPHER DALE GRAY, RONALD
WEST, AND MDOC AGENTS RANDY PERKINS AND
CHRISTOPHER RIEVES                                                                           DEFENDANTS

# ORDER

Pursuant to a Memorandum Opinion to be issued on this day, it is hereby ordered that:

(1) Plaintiff's Renewed Motion for Judgment as a Matter of Law is **DENIED**;

(2) Plaintiff's Motion for Nominal Damages in the Amount of $1.00 is **DENIED**;

(3) Plaintiff's Motion for a New Trial is **DENIED**.

So ordered on this, the __27th__ day of ___January___, 2011.

/s/  Sharion Aycock
**UNITED STATES DISTRICT JUDGE**